# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM HASSAN MILHOUSE, | : | |
|     Petitioner | : | No. 1:15-CV-0390 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| DAVID EBBERT, | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, this 28th day of April, 2017, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Milhouse's petition for writ of habeas corpus (Doc. No. 1), is **DENIED**; and

2. The Clerk of Court is directed to close this case.

                                           *s/* Yvette Kane
                                           Yvette Kane, District Judge
                                           United States District Court
                                           Middle District of Pennsylvania